IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**JACK GORDON GREENE**                                                          **PLAINTIFF**

**v.**                      **CASE NO. 5:19-CV-00293-JM**

**WENDY KELLEY**                                                            **DEFENDANT**

## MOTION TO BE RELIEVED AS COUNSEL

For his Motion to be Relieved as Counsel, Gary Sullivan states:

1. This matter was removed to this Court from the Circuit Court of Jefferson County, Arkansas. Dkt. 1.

2. The state action was filed in 2017 and the undersigned, in his then-capacity as an assistant attorney general, entered his appearance therein as counsel for Defendant.

3. Undersigned is now the Managing Attorney for the Arkansas Secretary of State's Office.

4. Defendant continues to be represented by attorneys in the Arkansas Attorney General's Office.

5. Undersigned should be relieved as counsel herein.

Wherefore, Gary L. Sullivan prays that he be relieved as counsel herein and that he be relieved of all further obligations to represent the Defendant in this matter.

    Respectfully submitted,

    <u>Gary L. Sullivan</u>
    Managing Attorney
    Arkansas Secretary of State's Office
    500 Woodlane Street, Suite 256
    Little Rock, AR 72201
    Phone:  (501) 682-3401
    Fax:    (501) 682-1213
    gary.sullivan@sos.arkansas.gov