FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 12 2019

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JACK GORDON GREENE**                                                        **PLAINTIFF**

v.             CASE NO. 5:19-CV-293-JM

**WENDY KELLEY, Secretary, Arkansas**
**Department of Corrections**                                          **DEFENDANT**

## NOTICE OF RELATED CASE

Pursuant to Local Rule 40.1 and General Order 39(b)(5), Defendants notice this case as related to *Green v. Norris*, 5:04-cv-00373-SWW. This case challenges the constitutionality of Arkansas law governing the administrative process by which inmates challenge their competency to be executed. Greene is a state prisoner under sentence of death. *Greene v. Norris* is Greene's Petition for Habeas Corpus, wherein he challenged his sentence of death and the constitutionality of the death penalty generally and as applied to him. Judicial economy dictates direct assignment to the same district judge, as both cases involve Greene's challenge to the constitutionality of his sentence of death. If the State of Arkansas sets an execution date for Greene, it is likely that Greene will seek a stay of execution from this Court, as he did previously in state court in his challenge to the prior version of Arkansas law challenged in this case. It is possible that Greene would seek to reopen *Greene v. Norris* and seek a stay in that case as well. Judicial economy dictates that the same district judge consider both cases to avoid inconsistent rulings on any request to stay Greene's execution and to avoid the waste of judicial time of having multiple judges consider the same or similar issues.

Respectfully submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

Dylan L. Jacobs (2016167)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:    (501) 682-2007
Fax:   (501) 682-2591
Email: Dylan.Jacobs@ArkansasAG.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I certify that on September 12, 2019, I electronically filed the foregoing with the Clerk of the Court, and served the following via electronic mail:

John C. Williams, Attorney at Law
Federal Public Defender's Office
1401 West Capitol Avenue
Suite 490
Little Rock, AR 72201

Scott W. Braden, Attorney at Law
Federal Public Defender's Office
1401 West Capitol Avenue
Suite 490
Little Rock, AR 72201

                                                       /s/ Dylan L. Jacobs
                                                       Dylan L. Jacobs