UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACK GORDON GREENE                                                              Plaintiff

v.                      Case No. 5:19-CV-293-JM

WENDY KELLEY,
    Secretary, Arkansas Department of Corrections                  Defendant

## MOTION TO REMAND

As explained in the accompanying memorandum of law, Defendant's notice of removal in this case is untimely. Plaintiff moves the Court to remand the case to the Circuit Court of Jefferson County, Arkansas.

Dated: September 23, 2019         Respectfully submitted,

                                                  LISA G. PETERS
                                                FEDERAL PUBLIC DEFENDER

                                By:    JOHN C. WILLIAMS, ABN 2013233
                                        SCOTT W. BRADEN, ABN 2007123
                                        Federal Public Defender's Office
                                        john_c_williams@fd.org
                                        scott_braden@fd.org
                                        1401 W. Capitol Ave., Ste. 490
                                        Little Rock, AR 72201
                                        (501) 324-6114

                                        *Counsel for Jack Gordon Greene*