*Judge Wright, enclosed with another complaint is a copy of the Ed.R. class report of the inquires of my thesis inflicted by the ADT now for 16-year* J. Greene

**U.S. Department of Justice**
Civil Rights Division

168-9-0/666818

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

5:19-CV-293

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 2 7 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

July 22, 2019

Jack Greene
P.O. Box 400
Grady, AK 71644

Dear Mr. Greene:

Thank you for your letter.  The Special Litigation Section relies on information from community members to identify civil rights violations.  Each week, we receive hundreds of reports of potential violations.  We collect and analyze this information to help us select cases, and we may also use this information as evidence in an existing case.  We will review your letter to decide whether it is necessary to contact you for additional information.  We do not have the resources to follow-up on every letter.

The Special Litigation Section is one of several Sections in the Civil Rights Division.  We work to protect civil rights in four areas:  1) the rights of people in state or local institutions, including:  jails, prisons, juvenile detention facilities, and health care facilities for persons with disabilities (including whether persons in health care facilities should be getting services in the community instead); 2) the rights of people who interact with state or local police or sheriffs' departments; 3) the rights of people to have safe access to reproductive health care clinics or religious institutions; and 4) the rights of people to practice their religion in state and local institutions.  We are not authorized to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to find the correct section:  www.justice.gov/crt.

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people.  We do not assist with individual problems.  We cannot help you recover damages or any personal relief.  We cannot assist in criminal cases, including wrongful convictions, appeals or sentencing.

If you have an individual problem or seek compensation or some other form of personal relief, you may wish to consult a private attorney or a non-profit or legal aid organization for

assistance.   There are only two areas in which we can assist an
individual or address a single incident:  1) we may be able to
assist you if you are being prevented from practicing your
religion in a prison, jail, mental hospital or other facility
operated by or for a state or local government; 2) we may be
able to assist you if you have experienced force or the threat
of force when accessing a reproductive health care facility or
religious institution.

        For more information about the Special Litigation Section
or the work we do, please visit our web page:
www.justice.gov/crt/about/spl/.


                              Sincerely,

                                /s/
                        Steven H. Rosenbaum
                           Section Chief
                      Special Litigation Section

The New York Times                                    June 6th 2019
Editorial Legal Dept.

Dear Staff, My name is Jack Greene, enclosed are documented facts of none in part, of how several million dollars, and counting, of the Federal tax payers of the United States, has and is being used over the past sixteen 16-years in the endless attempted corrupt political cover up of inhumane crimes by the State of Arkansas of deadly human and Civil Rights Violations, causing years of torture 24/12 through pre-Cussion Concussion brain trauma injuries with total neurological nerve distruction of a person as I am being forced to live and endure so inhumonly until it causes my denise from the pro-long endlessly inflicted injuries and symptoms then from before my repeatedly for the 3rd time Condemned punishment will ever be allowed to be carried out due to this corrupt political cover up here within this legal system of justice here in the State of Arkansas.

Editorial Staff, all the enclosed documented facts and many others are on file within the U.S. Dept. of Justice Civil Rights Division, in Washington, D.C. Copies of Correspondence are enclosed, for which they would not have their U.S. Dept. Staff, F.B.I. etc. investigate such violation crimes due to the facts that it is the self appointed Ark. Federal Defenders office, a branch of the U.S. Fed. Government, who has and is in collaboration with the State of Arkansas and it's A.D.C. who can and is spending millions of Fed. taxes in their quest to help cover such inhumane crimes up

                                                        Very Sincerely
                                                        Jack D. Greene

(18,

U.S. Department of Justice
Civil Division, torts Branch
Federal Tort Claims Act Staff

Ms. Shanetta y. Cutler                    January 3, 2017
U.S. Department of Justice
Civil Rights Division.
Special Litigation Section
Patrick Henry Building
950 Pennsylvannia Avenue, N.W.
Washington, DC 20530

      Re: new Information re: Administrative tort claim for
                                Jack Gordon Greene

Dear Ms. Cutler,
    This is in regard to a new submission dated December,
7. 2016, regarding Mr. Jack Gordon Greene, the Department of Justice
received it on December, 14. 2016, as it appears that the
submission is addressed to the Civil Rights Division, I am
forwarding it to your office.
If you have any questions, please feel free to contact me.

                              very truely yours,

Enclosed.                          Hope S. Swann
Mr. Jack Gordon Greene              Legal Assistant
ADC# 000922                        Civil Division, torts Branch
arkansas Department of Corrections
P.O. Box 400
Grady, Ar. 71644-0600

(27)

800-4

STATE OF ARKANSAS )
                      ) §
COUNTY OF LINCOLN )

**AFFIDAVIT**

I, _Jack Gordon Greene_, after first being duly sworn, do hereby swear, depose and state that:

Record of legal mail sent to the U.S. Dept. of Justice, Civil Rights Division ℅ Steven H. Rosenbaum and Shaqretta Cutts, 145 N. St. Washington, D.C. 20530 sent by me from the Ark. Dept. of Corrections, Death-Row (128) documents total of medical injuries records of inhumane torture and the costly attempted cover up within Ark. State and Federal doc. etc.
(note: Documented proof of 13-yr's of ADC. endless maim and torture & costly cover-up)
Dec. 2, 2016 6-doc-page's, signed for by Sgt. Brothers, 5:30 AM reg-post
Dec. 7, 2016, 41-doc, pages, signed for by Sgt. Brothers, 4:30 AM Cost $2.62
Jan. 11, 2017, 2-doc. pages, signed for by Sgt. Brothers, 4:00 AM reg-post
Jan. 13, 2017, 56-doc. page's signed for by Sgt. Brothers, 3:30 AM Cost $3.04
Jan. 26, 2017, 14-doc, page's, signed for by Sgt. Brothers 3:45 AM 2-reg-post
Feb. 1, 2017, 3-doc, pages signed for by Sgt. Brothers, 2:15 AM Cost .46¢
Feb. 6, 2017, 7-doc. page's, signed for by Sgt. Brothers, 4:30 AM reg-post
(note: Jan 2017 (9-doc.) or so legal med. doc. etc. was mailed to the other Dept.)
(of Justice from a friend @ PO Box 663, Granite Falls, N. Carolina 28630 )

_____ End of Statement _____

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief

_March /21/ 2017_
DATE

_Jack G. Greene_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _21_ day of
_March_, 20 _17_.

_Douglas E. Bouff_
NOTARY PUBLIC

My Commission Expires: _____

DOUGLAS E. BOULTINGHOUSE
NOTARY PUBLIC-STATE OF ARKANSAS
CLEVELAND COUNTY
My Commission Expires 03-16-2025
Commission # 12403824

Ark. Atty. Gen, Rutledge                        July 24th 2019
Ark. Gov, Hutchinson
ADC Director, Kelley

    Ark, Gov, appointees.

    Apparently the State of Arkansas, and it's Dept, of Corrections
are so above the law that it Can Commit U.S. Postal, Fed, Mail
and wire fraud and, felony theft of inmate funds, by not
providing me my Certified mail receipt, or the return receipt,
party must sign, for legal documents that were to be mailed
for the New york Times, "only", by Certified mail Return Receipt
Requested, at my Cost of $14⁰⁰ 6/12/2019
    Instead the Ark Dept, of Corrections, provides me, apparently,
two bogus U.S.P.S tracking sheets, with one being attached
to one of two ADC Complaints filed, Copies enclosed, for the
State and County of Omaha, N.E. Zip Code 68110
    Apparently of Course these Crimes are being Committed within
the endless quest in the Cover-up of more serious Crimes from
being exposed by the State of Arkansas, as described within
the New York Times letter, Copy enclosed.

                      Jack Gordon Greene
                      Ark. Death Row #SK-422

mailroom

**UNIT LEVEL GRIEVANCE FORM (Attachment I)** [RECEIVED stamp]

Unit/Center _Varner Maxi_

Name _Jack Gordon Greene_

ADC# _SK-922_   Brks # _CB04-103_ Job Assignment _Death-Row_       JUL -2 2019

_7/1/19_ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____ , (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

_Note: Unable to Print due to Prolong ADC inflicted Pre-Cussion Concussion Brain injuries & Total Neurological Active distructor_

_On June 17-2019 the ADC. took $14.50 off my account for legal mail but to be sent only by Certified mail Return Receipt "Requested ADC mail supervisor" J. Allen would not reply to my two request for Cm receipt. On 6-18 ms Westhope Called and spoke w/ ADC. V. Allen, and wanted to i should get my Cm receipt that evening which it did not. On 6-20 ms. Westhope of the Att, Fed. Defenders office spoke again with ADC. V. Allen, as to where my Cm receipt was, and was told nothing of it, but it should get my return receipt when it comes back now after going on three weeks the ADC has not provided me my post marked Certified Mail Receipts that cost me $14.50 for this 35-Long I do, or signed for return receipt and if ADC does not produce my both Cm receipts it means the ADC Confiscated my legal mail and took the funds off my account to mail for Major mail storage with ADC which is why my Certified receipts are not produced due to its attacked Contained mail._

_Jack G. Greene   SK-922_                    _July 7th 2019_
Inmate Signature                                              Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _Amanda_ _____ Date _____

_Gordon_                    _879.31_   _(Amanda)_                    _07-08-19_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates**: _Ms. Allen advised your mail was sent out._
_Certified._ _____

_____

_Amanda 07-09-19_
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15   [logo] www.ackatalog.com

☐   ☐ Delivery Exception Updates ⓘ

☐   ☐ Package In-Transit Updates ⓘ

## Tracking History ⌃

**June 24, 2019, 9:45 am**
Delivered, Left with Individual
OMAHA, NE 68110
Your item was delivered to an individual at the address at 9:45 am on June 24, 2019 in OMAHA, NE 68110.

**June 24, 2019, 6:54 am**
Departed USPS Regional Facility
OMAHA NE DISTRIBUTION CENTER

**June 23, 2019**
In Transit to Next Facility

**June 22, 2019, 11:35 am**
Arrived at USPS Regional Facility
OMAHA NE DISTRIBUTION CENTER

**June 21, 2019, 9:14 am**
Departed USPS Regional Facility
LITTLE ROCK AR DISTRIBUTION CENTER

**June 20, 2019, 9:34 pm**
Arrived at USPS Regional Facility
LITTLE ROCK AR DISTRIBUTION CENTER

## Product Information ⌄

**See Less ⌃**



Director's Office
6814 Princeton Pike
Pine Bluff, Arkansas 71602-9411
Phone: (870) 267-6200
Fax: (870) 267-6244
www.arkansas.gov/doc

## Arkansas Department of Correction

---

### MEMORANDUM

**TO:**         Inmate Jack Greene, SK#922

**FROM:**      Lyn Bennett, Executive Assistant to the Director

**RE**:           Complaints

**DATE**:       July 26, 2019

I have reviewed the correspondence you sent to my office concerning your unit complaints in regards to mail.

I will forward a copy of your letter to Warden Gibson for review.

If I may be of further assistance, please feel free to contact my office.

Cc: Warden Gibson

LB/ms

Dear Georgie, Mary Ellen, Angie, Danny, and Karen:

The document enclosed are the facts of how I've been tortured for the last sixteen years and the costly cover-up behind it, for which Tonya Willingham of the Arkansas Federal Public Defender's Office in collaboration with the Arkansas Department of Correction misled, lied, and manipulated all of you to believe that I was having some kind of mental breakdown when in fact that was not the case. As such you were manipulated and lied to by North Carolina Sheriff Dane Mastin and North Carolina Bureau of Investigation Agent Steve Cabes to help keep me this death sentence whenever Steve Cabes put Angie to come out here on a plane to testify against me for which under no law were you obligated to do this, as I kept telling everybody. Instead of you guys helping me expose this for what it is, as described in this letter and making videos as such, after learning the facts of my injuries, you still wouldn't help me out, help me expose this. My question is: Why? And I guess it stems back from us growing up together. God, I pray we all find forgiveness for what we've done to each other all our lives. It's still not too late. I wouldn't leave any of you all like this unless you feel I deserve such. My case out here under Greene v. Arkansas will forever be disgracing our family name and will forever be used in cases across this country because of such.

Love,

*Jack*

Your Brother Jack

Pres. Donald Trump                                    September 11th 2019
The White House

     Please find enclosed documented facts of how and why the U.S. Dept. of Justice Civil Rights Division, has since before 2017 refused to investigate deadly Civil and Human Rights violations as described within enclosed photo copy letter for the New York Times.

     The Dept. of Justice is allowing another Fed. Gov. branch of it's self to waste and spend millions of dollars of the U.S. Fed. tax paying public of this Country to be used in the political cover up of inhumane crimes of maim and torture here in the United States, State of Arkansas.

     When the U.S. Justice Dept. does nothing to investigate such inhumane crimes that are being endlessly covered up at a very large cost of the Fed. tax paying public, where does this leave justice for the injustice inflicted on my self as well as the public, where does justifiably become so deadly within our Gov. U.S. Justice System of Laws, when ever it con. without intervention allow deadly crimes to be covered up by members of it's own U.S. Government Federal Agencies, as in this case with my self appointed Ark. Fed. Defenders.

Mr. President, I sincerely request that you please have you're recent appointing U.S. Atty. Gen. William Barr and Inspector Gen. investigate this deadly cover up for what it is (torture)

                                       Very Sincerely
P.s. "God"'d pray you win re-election!          Jack G. Greene



# Applied Neuroscience, Inc.

**8200 Bryan Dairy Road Suite #300, Largo, Florida 33777**
**Phone: 727-244-0240   Fax: 727-392-1436   Email: qeeg@appliedneuroscience.com**

## Quantitative EEG Analyses

**PATIENT INFORMATION**

Name:  Greene, Jack
Exam#: 600000097
Age: 64.34
Gender: Male
Handedness: Right
Eyes: Closed

**RECORDING**

Date: 07/16/2019
Ref. By:  John Williams
Test Site:
Analysis Length: 01:40
Ave. SH Reliability: 0.99
Ave. TRT Reliability: 0.96

**MEDICATION:** None Reported

**HISTORY:**  None Reported

**SUMMARY:** The qEEG analyses were deviant from normal and showed dysregulation in bilateral frontal lobes - especially in the right frontal lobe, bilateral temporal lobes - especially in the right temporal lobe, bilateral parietal lobes - especially in the left parietal lobe, and bilateral occipital lobes - especially in the left occipital lobe.  LORETA showed dysregulation in the right frontal eye field, right gustatory primary cortex, and right angular gyrus.  The frontal lobes are involved in executive functioning, abstract thinking, expressive language, sequential planning, mood control, and social skills.  The temporal lobes are involved in auditory information processing, short-term memory, receptive language on the left, and face recognition on the right.  The parietal lobes are involved in visual-spatial information processing, short-term memory, executive attention, receptive language on the left, and empathy control and awareness of emotional expression in others on the right (e.g., prosody).  The occipital lobes are involved in the visual processing of color, form, movement, visual perception, and spatial processing.  The frontal eye fields are involved in voluntary eye control and focusing of visual attention.  The gustatory primary cortex is involved in the perception of taste including odor, texture and temperature of food.  The angular gyrus is involved in processes related to language, number processing and spatial cognition, memory retrieval, attention and theory of mind.  To the extent there is deviation from normal electrical patterns in these structures, then sub-optimal functioning is expected.

*Robert W. Thatcher*

Robert W Thatcher, Ph.D., QEEG-D, BCIA, ECNS

600000097

## DETAILED NARRATIVE

**LINKED EARS:** The Linked Ears power spectral analyses were deviant from normal with excessive power in bilateral frontal regions - especially in the right frontal region from 7 - 9 Hz and 30 Hz. Excessive power was present in bilateral temporal regions - especially in the right temporal region from 7 - 8 Hz. Excessive power was present in bilateral parietal regions - especially in the left parietal region from 7 - 8 Hz. Excessive power was also present in bilateral occipital regions - especially in the left occipital region at 8 Hz.

**SURFACE LAPLACIAN:** The Laplacian power spectral analyses were deviant from normal with excessive power in bilateral frontal regions - especially in the right frontal region over a wide frequency range. Excessive power was present in bilateral temporal regions - especially in the right temporal region from 6 - 8 Hz. Excessive power was also present in bilateral parietal regions - especially in the right parietal region from 7 - 8 Hz.

**NEUROIMAGING:** LORETA 3-dimensional source analyses were consistent with the surface EEG and showed elevated current sources in the right angular gyrus with a maximum at 6 Hz (Brodmann area 39). Elevated LORETA current source was present in the right gustatory primary cortex with a maximum at 7 Hz (Brodmann area 43). Elevated LORETA current source was present in the right frontal eye field with a maximum at 8 Hz (Brodmann area 6). Elevated LORETA current source was present in the right frontal eye field with a maximum at 9 Hz (Brodmann area 6).

**CONNECTIVITY ANALYSES:** EEG amplitude asymmetry, coherence and EEG phase were deviant from normal, especially in frontal, temporal, parietal and occipital relations. Elevated coherence was present in frontal, temporal, parietal and occipital regions which indicates reduced functional differentiation. Reduced coherence was present in frontal, temporal, parietal and occipital regions which indicates reduced functional connectivity. Both conditions are often related to reduced speed and efficiency of information processing.

600000097

## Conventional EEG Samples and Quantitative EEG Analyses



600000097

# Electrical NeuroImaging

Linking a patient's symptoms and complaints to functional systems in the brain is important in evaluating the health and efficiency of cognitive and perceptual functions. The electrical rhythms in the EEG arise from many sources but approximately 50% of the power arises directly beneath each recording electrode. Electrical NeuroImaging uses a mathematical method called an "Inverse Solution" to accurately estimate the sources of the scalp EEG (Pascual-Marqui et al, 1994; Pascual-Marqui, 1999). Below is a Brodmann map of anatomical brain regions that lie near to each 10/20 scalp electrode with associated functions as evidenced by fMRI, EEG/MEG and PET NeuroImaging methods.



## Symptoms, Electrodes & Brodmann Areas

**Frontal Lobe (Fp1/Fp2, F3/F4, F7/F8, C3/C4)** Thinking, Planning, Motor Execution, Executive Functions, Mood Control

**Parietal Lobe (P3/P4, Pz)** Somatosensory Perception Integration of Visual and Somatospatial Information

**Temporal Lobe (T3/T5)** Language Function and Auditory Perception Involved in Long Term Memory and Emotion

**Occipital Lobe (O1/O2, T5/T6)** Visual Perception & Spatial Processing

**Posterior Cingulate (P3/P4, Pz)** Attention, Long-term Memory

**Anterior Cingulate Gyrus (Fz, Cz, C3/C4)** Volitional Movement, Attention, Long Term Memory

**Parahippocampal Gyrus (P3/P4, T5/T6, Pz)** Short-term Memory, Attention

600000097

# BRAIN BRODMANN REGIONS

### FRONTAL BRODMANN AREAS



### TEMPORAL BRODMANN AREAS





■ LEFT   ■ RIGHT

### PARIETAL BRODMANN AREAS



### OCCIPITAL BRODMANN AREAS



600000097



600000097



600000097



600000097



[TX = 40, TY = -10, TZ = 68] mm - Brodmann Area:  - Value = 2.97471 - 9 Hz

© 2016-2019 Applied Neuroscience, Inc.

Z-Score CSD

-3.00   -1.96         0.00         1.96   3.00

600000097



© 2001-2019, Applied NeuroScience, Inc.

600000097



600000097



© 2001-2019, Applied NeuroScience, Inc.

600000097



600000097



© 2001-2019, Applied NeuroScience, Inc.

600000097



600000097



© 2001-2019, Applied NeuroScience, Inc.

600000097

Montage:  LinkEars

EEG ID:  600000097

## Technical Information

Record Length:            03:10

Edit Length:              01:40

Reliability:

| | Split Half | Test Retest |
|---|---|---|
| Average | 0.99 | 0.96 |
| FP1 | 0.99 | 0.98 |
| FP2 | 0.99 | 0.98 |
| F3 | 0.99 | 0.96 |
| F4 | 0.99 | 1.00 |
| C3 | 0.99 | 0.99 |
| C4 | 0.99 | 0.97 |
| P3 | 1.00 | 0.89 |
| P4 | 0.98 | 0.90 |
| O1 | 0.99 | 0.89 |
| O2 | 0.98 | 0.96 |
| F7 | 1.00 | 1.00 |
| F8 | 0.99 | 0.99 |
| T3 | 0.99 | 0.98 |
| T4 | 0.97 | 0.97 |
| T5 | 1.00 | 0.94 |
| T6 | 0.97 | 0.95 |
| Fz | 0.99 | 0.99 |
| Cz | 0.99 | 1.00 |
| Pz | 1.00 | 0.93 |

Sampling Rate:            256

Collection Hardware:      Deymed

© 2001-2019, Applied NeuroScience, Inc.

600000097

# An Addendum to NeuroGuide QEEG Report

**Important Disclaimer:**

QEEG tests are ancillary tests that are not intended to provide a diagnosis by themselves, but are used to evaluate the nature and severity of deregulation in the brain such as in mild traumatic brain injury (MTBI). The QEEG tests provide a quantitative assessment of areas of brain dysfunction and information on impaired conduction and connectivity between different regional neural networks in the brain. The assessment of impaired connectivity is based on abnormal measurements of Coherence and Phase. The TBI Discriminant and Concussion Index do not provide a diagnosis for MTBI but only information on the presence of a pattern in the EEG that is often found in patients with a history of mild traumatic brain injury. The TBI Discriminant and Concussion Index also provide information about connectivity and excitability of brain regions. The TBI Discriminant and Concussion Index are to be used only on patients with a clinical history and symptoms of a Traumatic Brain Injury and Post Concussion syndrome. The diagnosis of MTBI is a clinical one and is not based on any one test. A diagnosis is performed by the clinician, who integrates the medical history, clinical symptoms, neurocognitive tests with the abovementioned brain function tests as well as other information to render a diagnosis. The information on impaired brain connectivity is derived primarily from abnormal measurements of Coherence and Phase. Assessments of regional abnormality rely also on abnormal amplitude (power) distribution across the spectrum of EEG frequencies as compared to the normative database.

**Artifact Rejection:**

NeuroGuide uses the standard deletion of artifact method to only select artifact free EEG data for analyses. The entire EEG record must be viewed by clicking end and page down and page up and home and by arrow keys and by moving the wiper at the bottom of the screen. A careful visual examination of the EEG record is necessary to detect epilepsy and gross pathology as well as to identify artifacts. The goal is to avoid selecting any artifact and instead to only select artifact free segments of EEG. There are three methods of obtaining Artifact Free Selections: 1- Manual Selections are obtained by pressing the left mouse button and dragging to select, press right mouse button and drag to erase; 2- Artifact Free Template Matching; and 3- Z Score Artifact Free Selections. All three methods can be used and manual selection takes priority over all methods of artifact free selection. That is, left and right mouse button dragging will override all other methods. View the Length of EEG Selections in seconds and View the dynamic Reliability Measures of the EEG Selections. For Manual Selections of Artifact Free EEG Depress the left mouse button and drag it over the sections of EEG that do not contain eye movement or muscle or drowsiness or head movement or any other type of artifact. Select at least 60 seconds of artifact free EEG data as shown in the Edit Time counter (upper left of screen). If a mistake is made, then right mouse click and drag over the EEG traces to erase a selection. View the Test Re-Test reliability which must be at least 0.90. Scan the EEG record and select real and valid EEG and avoid selecting artifact. Splice discontinuities are removed by filtering and exercises to prove no distortion due to splicing are available in the Handbook of QEEG and EEG Biofeedback. Pattern recognition routines are used to identify likely eye movement (EOG), drowsiness and muscle (EMG) artifact in the record and thereby mark these suspected segments and disallow them to be included in subsequent analyses. The pattern recognition routines are based on physics and physiology of artifact. For example, all electrical sources decrement with distance and in the case of eye movement detection is by the presence of an electrical field gradient in the delta frequency band from $Fp1/2 > F3/4 > C3/4$ and/or 120 degrees or higher of inverse phase between F7 and F8. EMG electrical gradients at $> 10$ Hz from $T3/4 > C3/4$ and/or $Fp1/2 > F3/4 > C3/4$ and/or $O1/2 > P3/4$. Drowsiness occurs when the locus coeruleus reduces inhibition on the hypothalamic sleep centers resulting in 2 - 4 Hz action potential bursting that projects to the ventral posterior thalamic relay nuclei. Drowsiness pattern detection involves elevated slow waves in the EEG maximal in Cz and Fz as well as alpha slowing. NeuroGuide does not use any regression methods to allegedly remove artifact such as ICA/PCA or Blind Source or unpublished methods like SARA that distort Phase and Coherence and other aspects of the Power Spectrum. Details and tutorials demonstrating how the ICA and regression methods distort Phase and Coherence are available at: https://www.appliedneuroscience.com/PDFs/Tutorial_Adulteration_Phase_Relations_when_using_ICA.pdf.

600000097

**Split Half and Test Re-Test Reliability:**

Split-Half (SH) reliability is the ratio of variance between the even and odd seconds of the time series of selected digital EEG (variance = sum of the square of the deviation of each time point from the mean of the time points). Examine the average reliability and the reliability of each channel as you increase the length of the sample and manually select different segments. Selection of artifact free EEG should have a reliability > 0.95 and a sample length of edited EEG > 60 seconds. Test Re-Test (TRT) reliability is the ratio of variance between the first half vs. the second half of the selected EEG segments (variance = sum of the square of the deviation of each time point from the mean of the time points). Test Re-Test reliability > 0.90 and a sample length of edited EEG > 60 seconds is commonly published in the scientific literature. Test Re-Test reliability is an excellent statistic to compare Brain state changes such as drowsiness as well as the consistency of a measure independent of changes in brain state.

**Description of the NeuroGuide Normative Database:**

The NeuroGuide normative database in versions 1.0 to 2.4.6 included a total of 678 carefully screened individual subjects ranging in age from 2 months to 82 years. NG 2.6.8 involved the addition of 49 adult subjects ranging in age from 18.3 years to 72.6 years resulting in a normative database of 727 subjects. The inclusion/exclusion criteria, demographics, neuropsychological tests, Gaussian distribution tests and cross- validation tests are described in several peer reviewed publications (Thatcher et al, 1983; 1987; 2003). Two year means were computed using a sliding average with 6 month overlap of subjects. This produced a stable and higher age resolution normative database with a total of 21 different age groups. The 21 age groups and age ranges and number of subjects per age group is shown in the bar graph in Appendix F figure 2 in the NeuroGuide Manual (click Help > NeuroGuide Help).

The individuals used to create the normative database met specific clinical standards of no history of neurological disorders, no history of behavioral disorders, performed at grade level in school, etc. Most of the subjects in the normative database were given extensive neuropsychological tests. Details of the normative database are published at: Thatcher, R.W., Walker, R.A. and Guidice, S. Human cerebral hemispheres develop at different rates and ages. Science, 236: 1110-1113, 1987 and Thatcher R.W., Biver, C.L., North, D., Curtin, R. and Walker, R.W. Quantitative EEG Normative Databases: Validation and Clinical Correlation. Journal of Neurotherapy, 2003, 7(3-4): 87-121. You can download a description of the normative database by going to www.appliedneuroscience.com and clicking on the webpage Articles & Links > Articles > Article #5.

**Is there a normative database for different montages including bipolar montages?**

Yes. The raw digital data from the same group of normal subjects is analyzed using different montages such as Average Reference, Laplacian current source density, a common reference based on all 19 channels of the 10/20 system and standard clinical bipolar montages (e.g., longitudinal, circular, transverse). Users can create any montage that they wish and there will be a normative reference database comparison available for both eyes closed and eyes open conditions.

**Age range of the LORETA Current Density and Source Correlation Normative Databases**

The LORETA current density and source correlation norms use the same subjects as are used for the surface EEG norms and the age range is 2 months to 82 years. The computational details of the LORETA current density norms are published at: Thatcher, R.W., North, D., Biver, C. EEG inverse solutions and parametric vs. non-parametric statistics of Low Resolution Electromagnetic Tomography (LORETA). Clin. EEG and Neuroscience, 36(1): 1-9, 2005 and Thatcher, R.W., North, D., Biver, C. Evaluation and Validity of a LORETA normative EEG database. Clin. EEG and Neuroscience, 2005, 36(2): 116-122. Copies of these publications are available to download from www.appliedneuroscience.com by clicking Articles & Links > Articles > Numbers 11 and 12. The computational details of the LORETA source correlation norms are in the NeuroGuide Manual, click Help > NeuroGuide Help > Appendix-G.

19

600000097

**Implementation of LORETA measurement in NeuroGuide**

The Key Institute's LORETA equations and the LORETA viewer (Pacual-Marqui et al, 1994; Pascual- Marqui, 1999) can be launched by a single mouse click in the NeuroGuide window.  NeuroGuide exports frequency domain and time domain edits of 19 channel x 256 point digital EEG in microvolts (or uv^2) in the Lexicor electrode order as the standard input to the Key Institute T-Matrix.  Rows are 256 microvolt time points and the columns are 19 channels at a sample rate of 128 thus producing 0.5 Hz resolution from 1 to 30 Hz. 1 Hz increments in the LORETA viewer are computed as the sum of adjacent 0.5 Hz bins and thus the 'Time Frame' control in the LORETA Viewer is frequency from 1 to 30 Hz.  (see Pascual-Marqui RD, Michel CM, Lehmann D., 1994. Low resolution electromagnetic tomography: a new method for localizing electrical activity in the brain. International J. of Psychophysiology, 18:49-65.  For computational details see: Pascual-Marqui. R.D., 1999. Review of Methods for Solving the EEG Inverse Problem. International J. of Bioelectromagnetism, 1(1): 75-86.  Pascual-Margui, R.D., 2004.   The   Key   Institute's   free   software   and   documentation   was   downloaded   from www.unizh.ch/keyinst/NewLORETA/Software/Software.htm.)

**Amplifier Matching is Necessary**

This stems from the fact that amplifiers have different frequency gain characteristics.  The matching of amplifiers to the NeuroGuide database amplifier was done by injecting microvolt calibration signals of different amplitudes and frequencies into the input of the respective EEG machines and then computing correction curves to exactly match the amplifier characteristics of the norms and discriminant functions.  The units of comparison are in microvolts and a match within 3% is generally achieved.  The NeuroGuide research team double checked the amplifier match by computing FFT and digital spectral analyses on calibration signals used to acquire the norms with the calibration signals used to evaluate a given manufacturers amplifiers.

**History of the Scientific Standards of QEEG Normative Databases**

A review of the history of QEEG normative databases was published in Thatcher, R.W. and Lubar, J.F. History of the scientific standards of QEEG normative databases.  In: Introduction to QEEG and Neurofeedback: Advanced Theory and Applications, T. Budzinsky, H. Budzinsky, J. Evans and A. Abarbanel (eds)., Academic Press, San Diego,   CA,   2008.   A   copy   of   the   publication   can   be   downloaded   at: https://www.appliedneuroscience.com/PDFs/History_of_QEEG_Databases.pdf.

**QEEG Normative Database Publications and Validations:**

Bosch-Bayard J, Valdes-Sosa P, Virues-Alba T, Aubert-Vazquez E, John ER, Harmony T, Riera-Diaz J, Trujillo-Barreto N.(2001).  3D statistical parametric mapping of EEG source spectra by means of variable resolution electromagnetic tomography (VARETA). Clin Electroencephalogr., 32(2):47-61.

Coburn, K.L., Lauterback, E.C., Boutros, N.N., Black, K.J., Arciniegas, D.B. and Coffey, C.E.  (2006).  The value of quantitative electroencephalography in clinical psychiatry: A report by the committee on research of the American Neuropsychiatric Association.  J. Neuropsychiat. and Clin. Neurosci. 18: 460-500.

Congedo M, John RE, De Ridder D, Prichep L. (2010). Group independent component analysis of resting state EEG in large normative samples. Int J Psychophysiol. 78(2):89-99.

Congedo M, John RE, De Ridder D, Prichep L, Isenhart R. (2010).  On the "dependence" of "independent" group EEG sources; an EEG study on two large databases. Brain Topogr., 23(2):134-138.

Hernandez-Gonzalez G, Bringas-Vega ML, Galán-Garcia L, Bosch-Bayard J, Lorenzo-Ceballos Y, Melie-Garcia L, Valdes-Urrutia L, Cobas-Ruiz M, Valdes-Sosa PA; Cuban Human Brain Mapping Project (CHBMP). (2011).

600000097

Multimodal quantitative neuroimaging databases and methods: the Cuban Human Brain Mapping Project. Clin EEG Neurosci., 42(3):149-59.

Duffy, F., Hughes, J. R., Miranda, F., Bernad, P. & Cook, P. (1994). Status of quantitative EEG (QEEG) in clinical practice. Clinical. Electroencephalography, 25(4), VI - XXII.

Gasser, T., Verleger, R., Bacher, P., & Sroka, L. (1988a). Development of the EEG of school-age children and adolescents. I. Analysis of band power. Electroencephalography and Clinical Neurophysiology, 69(2), 91-99.

Gasser, T., Jennen-Steinmetz, C., Sroka, L., Verleger, R., & Mocks, J. (1988b). Development of the EEG of school-age children and adolescents. II: Topography. Electroencephalography and Clinical Neurophysiology, 69(2),100-109.

Gordon, E., Cooper, N., Rennie, C., Hermens, D. and Williams, L.M. (2005).  Integrative neuroscience: The role of a standardized database.  Clin. EEG and Neurosci., 36(2): 64-75.

Hughes, J. R. & John, E. R. (1999). Conventional and quantitative electroencephalography in psychiatry. Neuropsychiatry, 11, 190-208.

John, E.R. (1977)  Functional Neuroscience, Vol. II: Neurometrics: Quantitative Electrophysiological Analyses. E.R. John and R.W. Thatcher, Editors.  L. Erlbaum Assoc., N.J.

John, E.R. Karmel, B., Corning, W. Easton, P., Brown, D., Ahn, H., John, M., Harmony, T., Prichep, L., Toro, A., Gerson, I., Bartlett, F., Thatcher, R., Kaye, H., Valdes, P., Schwartz, E.  (1977). Neurometrics: Numerical taxonomy identifies different profiles of brain functions within groups of behaviorally similar people. Science, 196:1393 1410.

John, E. R., Prichep, L. S. & Easton, P. (1987). Normative data banks and neurometrics: Basic concepts, methods and results of norm construction. In A. Remond (Ed.), Handbook of electroencephalography and clinical neurophysiology: Vol. III. Computer analysis of the EEG and other neurophysiological signals (pp. 449-495). Amsterdam: Elsevier.

John, E.R., Ahn, H., Prichep, L.S., Trepetin, M., Brown, D. and Kaye, H. (1980) Developmental equations for the electroencephalogram. Science, 210: 1255-1258.

John, E. R., Prichep, L. S., Fridman, J. & Easton, P. (1988). Neurometrics: Computer assisted differential diagnosis of brain dysfunctions. Science, 293: 162-169.

John, E.R.  (1990). Machinery of the Mind: Data, theory, and speculations about higher brain function.  Birkhauser, Boston.

Galán, L., Biscay, R., and Valdés P., (1994). Multivariate statistical brain electromagnetic mapping. Brain Topgr., 7(1):17-28.

Koenig T, Prichep L, Lehmann D, Sosa PV, Braeker E, Kleinlogel H, Isenhart R, John ER. (2002).  Millisecond by millisecond, year by year: normative EEG microstates and developmental stages. Neuroimage, 16(1):41-48.

Matousek, M. & Petersen, I. (1973a).  Automatic evaluation of background activity by means of age-dependent EEG quotients. EEG & Clin. Neurophysiol., 35: 603-612.

Matousek, M. & Petersen, I. (1973b). Frequency analysis of the EEG background activity by means of age dependent EEG quotients. In Automation of clinical electroencephalography, Kellaway & I. Petersen (Eds.), (pp. 75-102). New York: Raven Press.

21

600000097

Prichep, L.S. (2005).  Use of normative databases and statistical methods in demonstrating clinical utility of QEEG: Importance and cautions.  Clin. EEG and Neurosci., 36(2): 82-87.

Thatcher, R.W., Walker, R.A., Biver, C., North, D., Curtin, R., (2003). Quantitative EEG Normative databases: Validation and Clinical Correlation, J. Neurotherapy, 7(3-4): 87-121.

Thatcher, R. W. (1998). EEG normative databases and EEG biofeedback. Journal of Neurotherapy, 2(4): 8-39.

Thatcher, R.W., North, D., and Biver, C.  (2005a)  EEG inverse solutions and parametric vs. non-parametric statistics of Low Resolution Electromagnetic Tomography (LORETA).  Clin. EEG and Neuroscience, 36(1):1-8.

Thatcher, R.W., North, D., and Biver, C.  (2005b)  Evaluation and Validity of a LORETA normative EEG database. Clin. EEG and Neuroscience, 36(2): 116-122.

Thatcher, R.W., McAlaster, R., Lester, M.L., Horst, R.L. and Cantor, D.S. (1983).  Hemispheric EEG Asymmetries Related to Cognitive Functioning in Children. In: Cognitive Processing in the Right Hemisphere, A. Perecuman (Ed.), New York: Academic Press.

Thatcher, R.W.  (1992).  Cyclic cortical reorganization during early childhood.  Brain and Cognition, 20: 24-50.

Thatcher, R.W. and Lubar, J.F.  History of the scientific standards of QEEG normative databases. (2008)  In: Introduction to QEEG and Neurofeedback: Advanced Theory and Applications, T. Budzinsky, H. Budzinsky, J. Evans and A. Abarbanel (eds)., Academic Press, San Diego, CA.

Thatcher, R.W. (2010) Reliability and validity of quantitative electroencephalography (qEEG). J. of Neurotherapy, 14:122-152.