**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS   72201

**JAMES W. McCORMACK**                                                                                         (501)604-5351
     **CLERK**

October 30, 2019

*Via Certified Mail: 7016 0910 0000 9348 6482*

Lafayette Woods, Sr.
Jefferson County Circuit Court Clerk
101 West Barraque, Suite 104
Pine Bluff, Arkansas 71601

      Re:    Greene v. Kelley
              U.S. District Court Eastern District of Arkansas Case No. 5:19-cv-293-JM
              Jefferson County Circuit Court Case No. 35CV-17-738

Dear Mr. Woods:

      Attached is a certified copy of an Order dated October 30, 2019, signed by Judge James M. Moody, Jr., which remands the above-styled matter to Jefferson County Circuit Court. Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Jefferson County Circuit Court.

      If you have any questions regarding this matter, please call me at 501-604-5364.

                                Sincerely,

                                JAMES W. McCORMACK, CLERK

                  By   *Laura Bichlmeier*
                              Laura Bichlmeier, Deputy Clerk

Enclosures